**Elbert CENTERS, Appellant,**

**v.**

**Mary Belle Banks CENTERS, Appellee.**

Court of Appeals of Kentucky.

Oct. 19, 1956.

Leebern Allen, F. T. Allen, Campton, for appellant.

E. E. Black, Campton, for appellee.

MILLIKEN, Chief Justice.

This is an appeal from a judgment which granted the appellee, Mary Belle Banks Centers, a divorce, $75 for hospital and medical expense, and $50 a month as maintenance and support for the appellee, her child and the child which was expected to be born shortly after the granting of the divorce.

The record before us, which is in narrative form, discloses the conflicting nature of the testimony as to the divorce itself, and reveals that the money income of the husband-appellant was not substantial. After a consideration of the record, we conclude that there is sufficient evidence to support the judgment.

The judgment is affirmed.